IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CORRINA AILEEN ROUSH,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO. 2:13-CV-869
CRIM. NO. 2:10-CR-300(2)
JUDGE ALGENON L. MARBLEY
Magistrate Judge Elizabeth P. Deavers

## OPINION AND ORDER

On May 18, 2015, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 be dismissed. On June 5, 2015, the Court re-mailed a copy of the *Report and Recommendation* to Petitioner at a different institution, allowed an additional fourteen days for her to object, and directed her to update her address. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed. Further, Petitioner has failed to keep the Court apprised of her current whereabouts as instructed to do. (Order, ECF No. 89.)

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. Petitioner's Motion is **DENIED**. This action is hereby **DISMISSED**.

    IT IS SO ORDERED.

                                          ALGENON L. MARBLEY
                                          United States District Judge